IRVING A. LEVINE, Respondent, v. HENRY I. LEVINE et al., Appellants.— In an action to impress a trust on the proceeds of life insurance policies, order denying appellants' motion, under rule 103 of the Rules of Civil Practice, to strike certain words from the second paragraph of the amended complaint, affirmed, with $10 costs and disbursements. The appellants' time to answer is extended to five days after the entry of the order hereon. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

■

JULES LEWIS, Plaintiff, v. JOHN POST CONSTRUCTION CORP., Defendant and Third-Party Plaintiff-Appellant. HOTEL COBURG, INC., Third-Party Defendant-Respondent, et al., Third-Party Defendants.— In an action to recover damages for personal injuries claimed to have been sustained by the plaintiff because of the negligence of the third-party plaintiff, the latter appeals from an order dismissing its third-party complaint against the third-party defendant, Hotel Coburg, Inc. Order affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID GOLDBERG, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of violating section 970 of the Penal Law (common gambler), unanimously affirmed. No opinion. Present — Nolan, P. J., Carswell, Wenzel, MacCrate and Beldock, JJ.